JERRY BUDIN (Cal. State Bar No. 88539)
LAW OFFICE OF JERRY BUDIN
1500 J Street, Second Floor
Modesto, California 95354
Telephone: (209) 544-3030
Facsimile: (209) 544-3144
E-mail: jerrybudin@msn.com

Attorneys for Plaintiffs
Herbert Cevallos, Javier Castaneda, and Carolina Zavala

JEFFREY D. WOHL (Cal. State Bar No. 96838)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: jeffwohl@paulhastings.com

STEPHEN H. HARRIS (Cal. State Bar No. 184608)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
E-mail: stephenharris@paulhastings.com

Attorneys for Defendant
Sodexho, Inc.

**E-filed 1/4/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERBERT CEVALLOS, JAVIER CASTANEDA, CAROLINA ZAVALA, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SODEXHO, INC. and DOES 1 through 100,<br><br>Defendants. | No. C-05--01671-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE: STAY PENDING JUDICIAL APPROVAL OF SETTLEMENT** |

## STIPULATION

Plaintiffs Herbert Cevallos, Javier Castaneda, and Carolina Zavala and defendant Sodexho, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. This action, *Cevallos v. Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1671-JF ("*Cevallos*"), and a related action, *Herrera v. Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1247-JF ("*Herrera*"), both are currently pending before this Court. A case management conference in both actions is scheduled for Friday, January 6, 2006.

2. On December 15, 2005, the parties in *Cevallos* and *Herrera* participated in a private mediation before Antonio C. Piazza of Gregorio, Haldeman, Piazza, Rotman & Frank, which produced a settlement of both actions.

3. Because both actions are putative class actions, the settlement is subject to preliminary and final judicial approval before it may become effective.

4. As part of the settlement, and to avoid any issue of whether this Court has jurisdiction over the actions to approve a settlement (due to the question whether plaintiffs' claims are preempted by the Employee Retirement Income Security Act of 1974), the parties have agreed that a new action will be filed in Alameda Superior Court for the sole purpose of obtaining preliminary and final judicial approval of the settlement. Should that occur, the parties then will stipulate to dismissal of *Cevallos* and *Herrera*. Should the settlement not be approved, then the Alameda Superior Court action will be dismissed and the parties will request the Court to lift the stay in *Cevallos* and *Herrera*.

5. The parties therefore believe there is good cause for, and on that basis request that the Court order, a stay of both *Cevallos* and *Herrera* until such time as either the settlement of both actions is finally judicially approved, or the settlement of both actions is not finally judicially approved, by means of the planned Alameda Superior Court action.

6. The parties anticipate that the settlement will receive final judicial approval in or about June 2006. The parties will timely report to the Court at that time on the status of judicial approval of the settlement before the Alameda Superior Court.

7. Nothing in this stipulation is intended to constitute a waiver by either side of its respective position on whether the Court has jurisdiction over *Cevallos* or *Herrera*.

| | | |
|---|---|---|
| 1 | Dated: December ___, 2005. | JERRY BUDIN<br>LAW OFFICE OF JERRY BUDIN |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jerry Budin<br>Attorney for Plaintiffs |
| 5 | | Herbert Cevallos, Javier Castaneda, and<br>Carolina Zavala |
| 6 | | |
| 7 | Dated: December ___, 2005. | JEFFREY D. WOHL<br>STEPHEN H. HARRIS |
| 8 | | PAUL, HASTINGS, JANOFSKY & WALKER, LLP |
| 9 | | |
| 10 | | By: /s/ _____ |
| 11 | | Jeffrey D. Wohl<br>Attorney for Defendant,<br>Sodexho, Inc. |

Dec 22 2005 13:55    LAW OFFICE OF JERRY BUDIN    2085443144    P.4

| | | |
|---|---|---|
| 1 | Dated: December __, 2005. | JERRY BUDIN<br>LAW OFFICE OF JERRY BUDIN |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jerry Budin<br>Attorney for Plaintiffs |
| 5 | | Herbert Cevallos, Javier Castaneda, and<br>Carolina Zavala |
| 6 | | |
| 7 | Dated: December __, 2005. | JEFFREY D. WOHL<br>STEPHEN H. HARRIS |
| 8 | | PAUL, HASTINGS, JANOFSKY & WALKER, LLP |
| 9 | | |
| 10 | | By: _____<br>Jeffrey D. Wohl |
| 11 | | Attorney for Defendant,<br>Sodexho, Inc. |

## ORDER

Based on the parties' stipulation, and good cause appearing therefor,

IT IS ORDERED that this action be and is hereby STAYED pending the parties' efforts to obtain final judicial approval of their settlement by means of a new action to be filed with the Alameda Superior Court. The parties are directed to report to the Court on or before June 30, 2006, on the status of the approval process.

IT IS FURTHER ORDERED that the case management conference scheduled for January 6, 2006, be and is hereby VACATED.

Dated: December 28, 2005.   /s/electronic signature authorized
                            Jeremy Fogel
                            United States District Judge