**E   filed 12/22/06**

JERRY BUDIN (Cal. State Bar No. 88539)
LAW OFFICE OF JERRY BUDIN
1500 J Street, Second Floor
Modesto, California  95354
Telephone:  (209) 544-3030
Facsimile:  (209) 544-3144
E-mail:  jerrybudin@msn.com

Attorneys for Plaintiffs
Herbert Cevallos, Javier Castaneda, and Carolina Zavala

JEFFREY D. WOHL (Cal. State Bar No. 96838)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
E-mail: jeffwohl@paulhastings.com

STEPHEN H. HARRIS (Cal. State Bar No. 184608)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705
E-mail:  stephenharris@paulhastings.com

Attorneys for Defendant
Sodexho, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERBERT CEVALLOS, JAVIER CASTANEDA, CAROLINA ZAVALA, individually and on behalf of all others similarly-situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>SODEXHO, INC. and DOES 1 through 100,<br><br>     Defendants. | No. C-05--01671-JF<br><br>**STIPULATION AND [PROPOSED]** ~~**PROPOSED**~~ **ORDER RE: DISMISSAL AND JANUARY 12, 2007 STATUS CONFERENCE** |

**STIPULATION**

Plaintiffs Herbert Cevallos, Javier Castaneda, and Carolina Zavala and defendant Sodexho, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1.      This action, *Cevallos* v. *Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1671-JF ("*Cevallos*"), and a related action, *Herrera* v. *Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1247-JF ("*Herrera*"), both are currently pending before this Court.  A status conference in both actions is scheduled for Friday, January 12, 2007.

2.      In December 2005, the parties settled both the *Cevallos* and the *Herrera* actions.  In order to avoid disputes over this Court's authority to approve the class action settlement (the parties disputed this Court's subject matter jurisdiction), the parties requested that this Court delay further proceedings so that the plaintiffs in both actions could file a settlement action in Alameda County Superior Court, which they did (*Cevallos, et al., v. Sodexho, Inc.*, Case No. RG06268867 (the "State Court Action")).

3.      On October 19, 2006, the Alameda County Superior Court granted final approval to the class action settlement in the State Court Action, thereby resolving all claims herein.  A copy of the final approval order is attached as Exhibit A for the Court's reference.

4.      Pursuant to the settlement and Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate by and through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

5.      The parties further believe there is good cause, and on that basis request, that the January 12, 2007 Status Conference be vacated.

1

2

Dated:  December 21, 2006.

JERRY BUDIN
LAW OFFICE OF JERRY BUDIN

3

4

5

6

By: _____ /s/ Jerry Budin _____
Jerry Budin
Attorney for Plaintiffs
Herbert Cevallos, Javier Castaneda, and
Carolina Zavala

7

8

9

Dated:  December 21, 2006.

JEFFREY D. WOHL
STEPHEN H. HARRIS
PAUL, HASTINGS, JANOFSKY & WALKER, LLP

10

11

12

By: _____ /s/ Stephen H. Harris _____
Stephen H. Harris
Attorney for Defendant,
Sodexho, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE DISMISSAL
U.S.D.C., N.D. Cal., No. CV-05-1671-JF

LEGAL_US_W # 55337048.1

1

**ORDER**

2          Based on the parties' stipulation, and good cause appearing therefor,

3          IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its

4   own fees and costs and the January 12, 2007, status conference be and hereby is VACATED.

5          Dated:  December 22, 2006.        _____

6                                                                          Jeremy Fogel
                                                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 55337048.1